# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2365

_____

John Nesse, as Trustees of the Minnesota Laborers Health and Welfare Fund and as Trustees of the Minnesota Laborers Pension Fund; Tim Mackey, as Trustees of the Minnesota Laborers Health and Welfare Fund, as Trustees of the Minnesota Laborers Pension Fund, as Trustees of the Minnesota Laborers Vacation Fund, and as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; Tammy Braastad, as Trustees of the Minnesota Laborers Vacation Fund; Fred Chase, as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; Mark Ryan, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; Dave Borst, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; the Minnesota Laborers Health and Welfare Fund; the Minnesota Laborers Pension Fund; the Minnesota Laborers Vacation Fund; the Construction Laborers', Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; the Minnesota Laborers Employers Cooperation and Education Trust

Plaintiffs - Appellees

v.

Green Nature-Cycle, LLC

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota
(0:18-cv-00636-ECT)

_____

## JUDGMENT

Before SMITH, Chief Judge, SHEPHERD, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 05, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　/s/ Michael E. Gans